# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO OLIVARES, individually, and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>LINDE GAS & EQUIPMENT, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:24-cv-02079-VC<br><br>*Assigned for all purposes to Hon. Vince Chhabria*<br><br>[~~PROPOSED~~] **ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>Complaint Filed:  January 26, 2024<br>FAC Filed:  April 26, 2024<br>Trial Date  None Set |

## [PROPOSED] ORDER

Having read and considered Plaintiff Alejandro Olivares ("Plaintiff") and Defendant Linde Gas & Equipment, Inc.'s ("Defendant") (collectively, the "Parties") Joint Stipulation Of Dismissal, the Court **HEREBY ORDERS** as follows:

1. Plaintiff's individual claims are hereby dismissed without prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii);

2. Plaintiff's class claims are hereby dismissed without prejudice to other aggrieved and/or putative class members, pursuant to FRCP Rule 41(a)(1)(A)(ii); and

3. The Parties will each bear their own costs and fees with respect to the prosecution and defense of the claims asserted in the action.

**IT IS SO ORDERED.**

Dated: May __6__, 2025

Hon. Vince Chhabria
U.S. District Judge